

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

February 29, 2024

JILL BORSUK
APARTMENT 102
33 B GRAND CANYON DRIVE
BARABOO, WI 53913

FOIPA Request No.: 1619727-0
Subject: BORSUK, JILL
(FISA Court Documents)

Dear Jill Borsuk:

This is in response to your Freedom of Information/Privacy Acts (FOIPA) request. Please see the paragraphs below for relevant information specific to your request as well as the enclosed FBI FOIPA Addendum for standard responses applicable to all requests. Please read each item carefully.

The FBI can neither confirm nor deny the existence of records responsive to your request pursuant to FOIA Exemptions (b)(1) and (b)(3) [5 U.S.C.§ 552 (b)(1) and (b)(3)]. The FBI is an intelligence agency as well as a law enforcement agency. In its capacity as an intelligence agency, the FBI compiles records while carrying out its responsibilities to investigate threats to national security and gather foreign intelligence.

The nature of your request implicates records the FBI may or may not compile pursuant to its national security and foreign intelligence functions. Accordingly, the FBI cannot confirm or deny the existence of any records about your subject as the mere acknowledgment of the existence or nonexistence of such records is itself a classified fact protected by FOIA exemption (b)(1) and/or would reveal intelligence sources, methods, or activities protected by exemption (b)(3); 50 USC § 3024(i)(1).

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

$Exhibit\ 1$

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

Enclosures



**U.S. Department of Justice**
Office of Information Policy
Sixth Floor
441 G Street, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

Jill Borsuk
Apartment 102
33B Grand Canyon Drive
Baraboo, WI 53913-3141

Re:   Appeal No. A-2024-01213

Request No. 1619727

jillborsuk@gmail.com

**VIA: Email - 05/21/2024**

Dear Jill Borsuk:

You appealed from the action of the Federal Bureau of Investigation (FBI) on your Freedom of Information Act (FOIA) request for access to Foreign Intelligence Surveillance Act (FISA) records pertaining to yourself. I note that your appeal concerns the FBI's refusal to confirm or deny the existence of records.

After carefully considering your appeal, I am affirming the FBI's action on your request. The FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. To the extent that your request seeks records that relate to intelligence sources, methods, or activities, I have determined that the FBI properly refused to confirm or deny the existence of any such records responsive to your request because the existence or nonexistence of any such responsive records is protected from disclosure pursuant to 5 U.S.C. § 552(b)(1). Additionally, if you would like to further challenge the FBI's determination that the existence or non-existence of such records should continue to be considered a classified fact, you may appeal to the Department of Justice's Department Review Committee (DRC) by writing to this Office. If you seek such review, the DRC will determine if the existence or non-existence of such records should remain classified under Executive Order No. 13,526, and will inform you if the existence or non-existence of such records is declassified. Please note that seeking such review does not affect your right to pursue litigation. Additionally, the existence or nonexistence of any such responsive records is protected under the FOIA pursuant to 5 U.S.C. § 552(b)(3). This provision concerns matters specifically exempted from release by a statute other than the FOIA (in this instance, 50 U.S.C. § 3024(i)(1), which pertains to the portion of the National Security Act of 1947 concerning intelligence sources and methods).

Exhibit 2

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

X_____

Christina Troiani
Chief, Administrative Appeals Staff

October 3, 2024

***VIA U.S. MAIL***

Office of Information Policy
Department Review Committee
Sixth Floor
441 G Street, N.W.
Washington, D.C. 20530-0001

      Re:    FOIA Appeal No:  A-2024-01213
             FOIA Request No:  1619727

Dear Committee Members:

I am requesting a review of my FOIA Appeal No: A-2024-01213 to determine if the records requested in my FOIA Request No: 1619727 from the FBI can be declassified.

I am the plaintiff in a civil litigation case pending in the U.S. District Court for the Eastern District of Virginia, Newport News Division Case No. 4-24-cv-108. My three sisters, Ron Klain who was the first chief of staff for President Joe Biden, and people at MSNBC are among the defendants.

My sister's husband John Huber is best friends with Ron Klain, who was the first chief of staff for President Joe Biden. My three sisters did not want to give me my inheritance from my mother when she died on December 25, 2019. Because of my brother-in-law's relationship with Ron Klain, I was made a target of the Foreign Intelligence Surveillance Court (FISC) without probable cause. My sisters and Ron Klain used the FISC to pressure me and ultimately try to blackmail me into giving up control of my inheritance, my condo, and my social security checks. They thought they could get away with this because I am disabled.

I have asserted my right to access U.S. federal and state courts under 42 U.S.C. § 1983 in my civil suit. I feel that withholding the crucial documents requested in my FOIA Request No: 1619727 is denying me the evidence I need and therefore is denying me access to the court system.

I initiated a Department of Justice Civil Rights Investigation No. 236439-JNK on December 7, 2021. I asked the Civil Rights Division to investigate a conspiracy to deny me my right to own a home and my right to financial independence guaranteed to me by the Americans with Disabilities Act of 1990. My three sisters, Ron Klain, the defendants at MSNBC entered into this conspiracy in January 2020. I believe making me a target of the FISC was in retaliation for the DOJ investigation I initiated.

1 – *Exhibit 3* – –

The IRS is conducting an investigation into identity theft on my behalf. I believe my sisters and Ron Klain used my and my husband's names and social security numbers to file tax returns with the IRS and steal the refunds. Ron Klain is abusing the Patriot Act to aid my sisters in a family feud over my inheritance from my mother and allowing my sisters to commit crimes against me with impunity.

The records I am seeking are crucial to my civil litigation case in the U.S. District Court for the Eastern District of Virginia and potentially could strengthen my case by providing evidence of the alleged allegations. If the records are not released it could deny me and my family justice.

According to Executive Order No. 13.526, the standard for classification is when disclosure of information could reasonably be expected to damage national security. Since I have never had any ties to a Foreign Power or an agent of a Foreign Power which is required by the U.S. Patriot Act to make someone a target of the FISC. It is doubtful that the records I am seeking ever met the standard under the Executive Order.

Executive Order 13.526 states, "Information must be declassified as soon as it no longer meets the standards for classification..." The investigation by the FBI working with the FISC never turned up anything that links me to a Foreign Power or an agent of a Foreign power and I am not a threat to national security. Therefore, the documents I am seeking should be declassified.

I would like to clarify my FOIA request and specifically request the following records:

1. All documents, reports, and communications related to Jill L. Borsuk from the administration and operations of the FBI from January 1, 2020, to the present.

2. All documents, communications, emails, reports, and communications related to the violation of Jill L. Borsuk's right to own a home and to have financial independence as guaranteed her by the Americans with Disabilities Act of 1990 from January 1, 2020, to the present.

3. All documents, reports, emails, and communications related to Jill L. Borsuk about the coordination and collaboration between the FBI and the Civil Rights Division from January 1, 2020, to the present.

4. Any specific records, reports, and communications related to the FBI regarding the Department of Justice Civil Rights Investigation No: 236439-JNK from December 7, 2021, to the present.

5. Any records related to Jill L. Borsuk about the coordination and collaboration between the FBI and any other federal, state, and local law enforcement agencies from January 1, 2020, to the present.

6. Copies of policies, guidelines, or procedures governing the operation and investigation conducted by the FBI in effect from January 1, 2020, to the present.

If possible, please send your decision and any documents that are declassified to me in electronic format at the email address below. If there are any fees for searching or copying these records, please inform me if the cost will exceed $50.00.

I have included my Certificate of Identity and a copy of my Birth Certificate to verify I am Jill L. Borsuk. Thank you for your consideration of this request I look forward to your response.

Sincerely,

Jill L. Borsuk

Jill L. Borsuk
33B Grand Canyon Drive, #102
Baraboo, WI 53913
Landline: (608) 253-0652
jillborsuk@gmail.com

Enc.

3

## CORRECTED FREEDOM OF INFORMATION ACT REQUEST

September 27, 2024

*VIA U.S. MAIL*
*and ELECTRONIC MAIL*
*DEA.FOIA@usdoj.gov*

Angela C. Davis, Chief
Freedom of Information Act Section
and Privacy Act Section
Drug Enforcement Section
8701 Morrissette Drive
Springfield, Virginia 22152

> RE:   Records for Jill L. Borsuk
>         SSN: 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
>         DOB: 11/13/1963

Dear Angela Davis:

Earlier today, I emailed you a copy of a FOIA request letter. I had to make some corrections and include more information about the records I am requesting. Therefore, I am filing this corrected FOIA request letter tonight. Please disregard my earlier submission and respond to this letter only.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, I hereby request access to and copies of the following records:

1. All documents, reports, and communications related to Jill L. Borsuk from the administration and operations of the Drug Enforcement Administration from January 1, 2020, to the present.

2. All documents, reports, emails, and communications related to Jill L. Borsuk about the coordination and collaboration between the DEA and the Foreign Intelligence Surveillance Court from January 1, 2020, to the present.

3. Any records related to Jill L. Borsuk about the coordination and collaboration between the DEA and other federal, state, and local law enforcement agencies from January 1, 2020, to the present.

Exhibit 4

4. Any specific records. reports. and communications related to the Department of Justice Investigation No. 236439-JNK which began on December 7. 2021. continuing to the present.

5. Copies of any policies. guidelines. or procedures governing the operation and investigation conducted by the DEA in effect from January 1. 2020. to the present.

If possible. I would prefer the documents in electronic format. Please send them to my email address below. If there are any fees for searching or copying these records. please inform me if the cost will exceed $50.00.

If you deny any part of this request. please cite each specific exemption you believe justifies the refusal to release the information and notify me of the appeal procedures available under the law.

I have included my statement saying under penalty of perjury I am Jill L. Borsuk. If you need any further information from me. please email me at the email address below.

Thank you for your consideration of this request I look forward to your response within 20 business days as the statute requires.

Sincerely.

*Jill L. Borsuk*

Jill L. Borsuk
33B Grand Canyon Drive. #102
Baraboo. WI 53913
Landline: 608-253-0652
jillborsuk@gmail.com

2

I am Jill L. Borsuk. I am a citizen of the United States of America. My social security no. is 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. My current address is 33B Grand Canyon Drive, #102, Baraboo, WI 53913. I was born in Milwaukee, WI on November 13, 1963.

I declare under penalty of perjury that the foregoing is true and correct and I am the person named above. I understand that any fabrication of this statement is punishable under the provisions of 18 U.S.C. § 1001 and obtaining any records under false pretenses is punishable under the provisions of 5 U.S.C. 552a(1)(3).

Dated: September 27, 2024

*Jill L Borsuk*

Jill L. Borsuk

3

 Gmail                   **Jill Borsuk <jillborsuk@gmail.com>**

# DEA FOIA/PA Case Number: 25-00008-P

3 messages

**DEA.FOIA@dea.gov** <DEA.FOIA@dea.gov>         Tue, Oct 1, 2024 at 2:35 PM
To: jillborsuk@gmail.com

Dear Jill Borsuk:

      This e-mail responds to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated September 27, 2024, addressed to the Drug Enforcement Administration (DEA), FOIA/PA Unit, seeking access to information regarding **yourself.**

      You have requested records pertaining to yourself. Therefore, you will need to verify your identity as required by Department regulation 28 C.F.R. § 16.41(d). Specifically, if you would like this office to process your request and search for responsive records, you will need to either (1) return a completed Certification of Identity form to this office, or (2) provide a statement notarized or signed under penalty of perjury pursuant to 28 U.S.C. § 1746, indicating your full name, place of birth, date of birth, and current address. Please complete the Certification of Identity form available online at https://www.justice.gov/oip/page/file/1280011/download.

      To this end, no further action will be initiated on this request until we are in receipt of the above documentation. Upon receipt, we will conduct a query of the Investigation Reporting and Filing System (IRFS). IRFS is the system of records that contains all administrative, general and investigative files compiled by DEA for law enforcement purposes. If this office does not receive your response within 30 business days, DEA will assume that you do not wish to pursue this matter and your request will be administratively closed. In the event that we administratively close your request, you may submit a new request to DEA at any time. Please e-mail your response to DEA.FOIA@dea.gov.

      If you are not satisfied with DEA's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

      If you have any questions regarding this e-mail, you may contact our FOIA Requester Service Center at (571) 776-2300. Thank you for your patience as we work to complete the processing of your request.

Sincerely,

*Exhibit 5*

October 29, 2024

**VIA ELECTRONIC MAIL**
**DEA.FOIA@usdoj.gov**

Angela C. Davis, Chief
Freedom of Information Act Section
and Privacy Act Section
Drug Enforcement Section
8701 Morrissette Drive
Springfield, Virginia 22152

Re: September 27, 2024 FOIA Request

Dear Angela C. Davis:

The FOIA request referenced above was received via email transmission by your office on September 27, 2024. The 20 working day time limit to notify me of your decision to comply with my request; produce the requested records; or provide the expected date of determination within an additional 10 working day time limit under 5 U.S.C. 552(a)(6)(A)(i)(ii) expired today.

I received a request for certification of my identity from your office on October 1, 2024. Please note that I included certification of my identity that complies with the statute with my original FOIA request letter. Your office requested the certificate of identity form that expired on May 31, 2023. I complied with this request on October 1, 2024, and emailed you the completed form. Since my original request had an appropriate certification included with it the time for your response began on September 27, 2024. I have attached another certificate of identity form and a copy of my original FOIA request letter with certification of identity.

I have a civil suit pending in the U.S. District Court for the Eastern District of Virginia, Newport News Division Case No. 4-24-cv-00108 that directly pertains to the records I have requested. In compliance with the statute and to facilitate my ability to appeal or request mediation services, I need your decision, the requested documents, or the date I can expect you to comply with my request by November 12, 2024, or I will be forced to file a motion to compel the release of the documents with the district court.

1

Exhibit 6

Sincerely,

Jill Borsuk
33B Grand Canyon Drive, #102
Baraboo, WI 53913
Landline: 608-253-0652
jillborsuk@gmail.com

U.S Department of Justice

# Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05-31-2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   **Jill L. Borsuk**

Citizenship Status [2]   **U.SA. Citizen**        Social Security Number [3]   **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**

Current Address   **33 B Grand Canyon Dr., Baraboo, WI 53913**

Date of Birth   **11/13/1963**        Place of Birth   **Milwaukee, WI**

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S Department of Justice to release any and all information relating to me to:

## Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   **Jill L. Borsuk**        Date   **September 27, 2024**

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

**Exhibit 7**

FORM DOJ-361

April 29, 2025

***VIA ELECTRONIC MAIL***
***DEA.FOIA@usdoj.gov***

Angela C. Davis, Chief
Freedom of Information Act Section
Drug Enforcement Section
8701 Morrissette Drive
Springfield, VA 22152

>      RE:   FOIA Request to the DEA
>            Records for Jill L. Borsuk
>            SSN: 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
>            DOB: 11/13/1963

Dear Angela Davis:

On September 27, 2024, I emailed you a FOIA request for records about me from the Drug Enforcement Administration (DEA). This request was for documents from January 1, 2020, to the present.

I received an email from the FOIA unit on October 1, 2024, saying that a Certificate of Identity was needed. I emailed the completed Certificate of Identity to you on October 29, 2024, together with a copy of my original FOIA request. I have attached a copy of the email.

I have not heard back from you about this FOIA request. I need the DEA's final response letter so I can appeal if records are withheld.

Attached please find copies of my original FOIA request, Certificate of Identity, and a copy of the October 1, 2024, email from the FOIA unit. Please have someone get back to me as soon as possible, either by telephone or email, and tell me what the hold-up is.

I have litigation pending in the Eastern District of Virginia. The records from the DEA are crucial to my case.

1

*Exhibit 8*

I look forward to hearing from you.

Sincerely,

*Jill L. Borsuk*

Jill L. Borsuk
33B Grand Canyon Drive, #102
Baraboo, WI 53913
Landline:   (608) 253-0652
jillborsuk@gmail.com

Encs.

2

David O Dowd

March 29, 2025

**VIA PRIORITY MAIL**

Director
Office of Information Policy
United States Department of Justice
441 G Street, N.W., 6th Floor
Washington, D.C. 20530

RE:    **Freedom of Information Act Appeal**
       **NSD FOIA/PA #24-653 and #25-041**

Dear Director:

On March 11, 2025, I mailed you the enclosed letter requesting an appeal of the adverse determination I received in response to my FOIA request, NSD FOIA/PA #24-653 and #25-041. I have not received a letter from you telling me that you have received my appeal. I am therefore mailing it to you again, this time by Priority Mail.

If you have any questions please contact me.

Sincerely,

Jill Borsuk
33B Grand Canyon Drive, #102
Baraboo, WI 53913
Landline: (608) 253-0652
jillborsuk@gmail.com

Enc.

Exhibit 10

Thank you for your attention to this matter.

Sincerely,

*Jill Borsuk*

Jill Borsuk
33B Grand Canyon Drive, #102
Baraboo, WI 53913
Landline: (608) 253-0652
jillborsuk@gmail.com

**U.S. Department of Justice**

National Security Division

*Washington, D.C. 20530*

Jill L. Borsuk
33B Grand Canyon Drive, #102
Baraboo, WI 53913
jillborsuk@gmail.com

March 6, 2025

Re: NSD FOIA/PA #24-653 and #25-041

Dear Jill L. Borsuk:

This is our final response to your Freedom of Information Act (FOIA) request dated September 27, 2024, for certain information pertaining to "Jill L. Borsuk". Our FOIA office received your request on September 27, 2024.

We have conducted a search of applicable National Security Division sections and did not find any records responsive to your request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you are not satisfied with the National Security Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

**DAVID O'DOWD** Digitally signed by DAVID O DOWD
Date: 2025.03.06 12:42:35 -05'00'

David O'Dowd

Exhibit 9

March 29, 2025

**VIA PRIORITY MAIL**

Director
Office of Information Policy
United States Department of Justice
441 G Street, N.W., 6th Floor
Washington, D.C. 20530

RE:    **Freedom of Information Act Appeal**
       **NSD FOIA/PA #24-653 and #25-041**

Dear Director:

On March 11, 2025, I mailed you the enclosed letter requesting an appeal of the adverse determination I received in response to my FOIA request, NSD FOIA/PA #24-653 and #25-041. I have not received a letter from you telling me that you have received my appeal. I am therefore mailing it to you again, this time by Priority Mail.

If you have any questions please contact me.

Sincerely,

*Jill Borsuk*

Jill Borsuk
33B Grand Canyon Drive, #102
Baraboo, WI 53913
Landline: (608) 253-0652
jillborsuk@gmail.com

Enc.

Exhibit 10

March 11, 2025

*VIA U.S. MAIL*

Director
Office of Information Policy
United States Department of Justice
441 G Street, N.W., 6th Floor
Washington, D.C. 20530

**RE:    Freedom of Information Act Appeal**
**NSD FOIA/PA #24-653 and #25-041**

Dear Director:

I am writing to appeal the adverse determination I received in response to my FOIA request NSD FOIA/PA #24-653 and #25-041. The determination cited 5 U.S.C. § 552(c) as the basis for withholding certain information.

I respectfully request a review of this decision based on the following grounds:

1. **Specificity**: The initial response did not provide sufficient specificity regarding the application of 5 U.S.C. § 552(c) to the withheld information. I seek clarification on how this exemption applies to the records in question.
2. **Public Interest**: I believe that the public interest outweighs any potential harm from disclosure. Please consider the importance of transparency and accountability in government operations.
3. **Segregability**: If any part of the requested information can be released without compromising the protected interests, I request that such segregable portions be disclosed.

I kindly request that you conduct a thorough review of my appeal and provide a written determination. If possible, please expedite this process due to the urgency of the matter because I have litigation pending directly related to the information requested in the Wisconsin Court of Appeals Appeal No. 2024AP000659 and the U.S. District Court for the Eastern District of Virginia, Newport News Division Case No. 4-24-cv-00108.

You may contact me at 608-253-0652 or jillborsuk@gmail.com if you require any additional information or clarification.

Thank you for your attention to this matter.

Sincerely,

Jill Borsuk
33B Grand Canyon Drive, #102
Baraboo, WI 53913
Landline: (608) 253-0652
jillborsuk@gmail.com

Case 1:26-cv-00911-UNA    Document 1-1    Filed 08/12/26    Page 23 of 28



<span style="float:right">**Jill Borsuk <jillborsuk@gmail.com>**</span>

# USPS® Item Delivered, Individual Picked Up at Postal Facility 9505512130635091015667

1 message

---

**auto-reply@usps.com** <auto-reply@usps.com>
To: jillborsuk@gmail.com

<span style="float:right">Mon, Apr 7, 2025 at 6:15 AM</span>



Hello **Jill Borsuk**,

Your item was picked up at a postal facility at 5:14 am on April 7, 2025 in WASHINGTON, DC 20530.

Tracking Number: 9505512130635091015667

### Delivered, Individual Picked Up at Postal Facility



**Tracking & Delivery Options**

My Account



Exhibit 11

Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.



**U.S. Department of Justice**

National Security Division

---

*Washington, D.C. 20530*

Jill L. Borsuk
33B Grand Canyon Drive, #102
Baraboo, WI 53913
jillborsuk@gmail.com

March 26, 2025
Re: NSD FOIA/PA #25-049

Dear Jill L. Borsuk:

This is our final response to your Freedom of Information Act (FOIA) request dated October 31, 2024, requesting all information pertaining to "Jill L. Borsuk," and the Foreign Intelligence Surveillance Court (FISC). Our Freedom of Information Act (FOIA) office received your FOIA request on November 4, 2024.

For your awareness, NSD maintains records of DOJ's applications to the FISC. We do not search these records in response to requests regarding the use or non-use of such techniques in cases where the confirmation or denial of the existence of responsive records would, in and of itself, reveal information properly classified under Executive Order 13526. To confirm or deny the existence of such materials in each case would tend to reveal properly classified information regarding whether particular surveillance techniques have or have not been used by the U.S. Intelligence Community. Accordingly, we can neither confirm nor deny the existence of records in FISC records that may be responsive to your request pursuant to 5 U.S.C. 552(b)(1).

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you are not satisfied with the National Security Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

— Exhibit 12 —

NSD FOIA/PA #25-049

Sincerely,

ARNETTA
MALLORY

Digitally signed by
ARNETTA MALLORY
Date: 2025.03.26
12:15:30 -04'00'

David O'Dowd

2

March 29, 2025

**_VIA PRIORITY MAIL_**

Director
Office of Information Policy
United States Department of Justice
441 G Street, N.W., 6th Floor
Washington, D.C. 20530

> **RE:**    **Freedom of Information Act Appeal**
> **NSD FOIA/PA #25-049**
> **FOIA Request to the FISC**

Dear Director:

I am writing to appeal the adverse determination I received in response to my FOIA request NSD FOIA/PA #25-049 requesting all information pertaining to Jill L. Borsuk and the Foreign Intelligence Surveillance Court (FISC). The determination was from the National Security Division (NSD), which is the division that maintains records of applications to the FISC. The NSD did not search their records and neither confirmed nor denied the existence of records for Jill L. Borsuk. It did, however, refer to Executive Order 13526 and 5 U.S.C. § 552(b)(1) and (c) as the basis for withholding certain information.

I respectfully request a review of this decision based on the following grounds:

1. **Specificity**: The initial response did not provide sufficient specificity regarding the application of Executive Order 13526 or 5 U.S.C. § 552 (b)(1) and (c) to the withheld information. I seek clarification on how this exemption applies to the records in question.
2. **Public Interest**: I believe the public interest outweighs any potential harm from disclosure. Please consider the importance of transparency and accountability in government operations.
3. **Segregability**: If any part of the requested information can be released without compromising the protected interests, I request that such segregable portions be disclosed.

I kindly request that you conduct a thorough review of my appeal and provide a written determination. If possible, please expedite this process due to the urgency of the matter because I have litigation pending directly related to the information requested in the Wisconsin Court of Appeals Appeal No. 2024AP000659 and the U.S. District Court for the Eastern District of Virginia, Newport News Division Case No. 4-24-cv-00108.

1

_Exhibit 13_

I have enclosed a copy of David O'Dowd's final response letter dated March 26, 2025, and my FOIA request letter dated October 31, 2024.

You may contact me at 608-253-0652 or jillborsuk@gmail.com if you require any additional information or clarification.

Sincerely,

*Jill Borsuk*

Jill Borsuk
33B Grand Canyon Drive, #102
Baraboo, WI 53913
Landline: (608) 253-0652
jillborsuk@gmail.com

Enc.

2

 Gmail

**Jill Borsuk <jillborsuk@gmail.com>**

# USPS® Item Delivered, Individual Picked Up at Postal Facility 9505512130615088594979

1 message

**auto-reply@usps.com** <auto-reply@usps.com>
To: jillborsuk@gmail.com

Mon, Apr 7, 2025 at 11:28 AM



Hello **Jill Borsuk**,

Your item was picked up at a postal facility at 5:15 am on April 4, 2025 in WASHINGTON, DC 20530.

Tracking Number: 9505512130615088594979

## Delivered, Individual Picked Up at Postal Facility



**Tracking & Delivery Options**

My Account





Exhibit 14

Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

https://mail.google.com/mail/u/0/?ik=5